# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2017

153049

KEITH TODD,
          Plaintiff-Appellant,

v

NBC UNIVERSAL (MSNBC),
          Defendant-Appellee,

and

EASTPOINTE POLICE DEPARTMENT and
A-ONE LIMOUSINE,
          Defendants.

_____/

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153049
COA: 323235
Wayne CC: 14-004589-CZ

On March 9, 2017, the Court heard oral argument on the application for leave to appeal the December 10, 2015 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

BERNSTEIN, J., would reverse Part IV of the Court of Appeals judgment and remand this case to the circuit court to hear the plaintiff's motion to amend.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2017



Clerk

p0321